# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dana D. Jackson,

Civil No. 19-2662 (DWF/DTS)

Plaintiff,

**ORDER**

v.

Salvation Army,

Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 12, 2020 (Doc. No. 11). No objections have been filed to that Report and Recommendation in the time period permitted. The factual background is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based on the Report and Recommendation of the Magistrate Judge and upon all the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Schultz's February 12, 2020 Report and Recommendation (Doc. No. [11]) is **ADOPTED**.

2. Plaintiff Dana D. Jackson's Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE.**

3. Jackson's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. [2]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 30, 2020             s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge